# EXHIBIT B

*J.R. Lambert Correctional Health Consulting LLC*
*Johnnie R. Lambert, RN, CCHP-A, HRM, LNC*
*1214 15th St.*
*Port Royal, SC 29935*
*jrlambertconsulting@gmail.com*
*Tel: 843-321-2003*

**Centurion Cases: Named Defendant**

Anthony Chaves v Centurion, LLC, et al: 1:24-cv-00438-GJF-LF (5/6/24)
Sandra Vásquez-García v Centurion LLC, et al.:  1:24-cv-00443-JCH-LF (5/7/24)

From May 2015 through December 2019, I was a member of Centurion's Clinical Operations department, responsible for maintaining Policies and Procedures, assisting with start of new contracts, and assisting with new employee orientation.  I was in New Mexico intermittently, usually for a period of 2-4 days, assisting with the setup of the pharmacy, training of new employees, and implementation of the electronic medical records. During my visits to New Mexico sites, I did not do direct patient care or supervise employees. My role in Clinical Operations was supportive, and I had no direct authority over patient care. I never visited the facility in Grants, NM, where Ms. Vasquez-Garcia was housed.

My visits were limited to the N.M. Centurion Corporate Office, Bernalillo County Jail, and Metropolitan Detention Center.

**Expert Reports Submitted:**

| CASE | FILE NUMBER | DATE | ATTORNEY |
|---|---|---|---|
| **Raheem Peterkin v. Victor Hill, and CorrectHealth Clayton, LLC, Civil Action** | **File Number 1:24-cv-01945-ELR** | **9/19/24**<br>**Use of Force** | **Mitchell, Shapiro, Greenamyre & Funt, LLP Atlanta GA** |
| **Beppler v Wexford Health Sources Inc. et al** | **22-cv-30852-SEM-EIL** | **11/5/25**<br>**Deposed 12/22/25**<br>**42 §USC 1983**<br>**740 ILCS 180/1 – Wrongful Death**<br>**755 ILCS5/27-6 – Survival Action** | **Kaplan Grady, LLP Chicago, IL** |
| **Babakhanlou v Los Angeles County et al** | **2:23-cv-08682 MWC-JPR** | **8/7/25**<br>**(Pending Jury Trial March 2026)** | **Mkrtchyan Law, Glendale, CA** |
| **Cooper Evan Robinson v County of San Bernardino** | **5:24-cv-018871-SHK** | **11/6/25**<br>**(Pending)**<br>**42 USC § 1983**<br>**Negligence – State of CA** | **Sehat Law Firm San Bernadino, CA** |

**CONFIDENTIAL ATTORNEY CLIENT PRIVILEGED DOCUMENT**

*J.R. Lambert Correctional Health Consulting LLC*
*Johnnie R. Lambert, RN, CCHP-A, HRM, LNC*
*1214 15th St.*
*Port Royal, SC 29935*
*jrlambertconsulting@gmail.com*
*Tel: 843-321-2003*

| | | Bane Act C.C.52.1 Et Seq (State) CA. Govt. Code § 845.6 – Failure to Summon Medical Care | |
|---|---|---|---|
| **Wm. Hayden Schuck, et al v. County of San Diego** | **3:23-cv-00785-DMS-AHG** | **12/23/24 (Settled) Protective Order in Place** | **McKenzie Scott PC San Diego, CA** |
| **Sarabia v San Diego County, et al** | *24-CV-0023-DMS-DEB* | **12/21/21 Deposition 12/30/26** | **Trenton Lamere, LLC** |

**Depositions:**

**7/24/25, Raheem Peterkin v Victor Hill and CorrectHealth Clayton**
**For Plaintiff**
**Plaintiff Attorney: Zack Greenamyre, Esq**
**Mitchell, Shapiro, Greenamyre & Funt LLP**
**881 Piedmont Avenue, Atlanta, Ga. 30309**


**10/27/16. Cosby, Admin v Correct Care Solutions, LLC et al**
**For Defense**
**Defense Attorney: Ed McNelis III, Esq.**
**RawlsMcnelis**
**211 Rocketts Way, Suite 100**
**Richmond VA 23231**

**12/22/25. Janet Beppler, as Administrator of the Estate of Jeffrey Eastman v Wexford Health Sources, Inc. et al**
**For Plaintiff**
**Defense Attorney: Amelia Caramadre**
**Kaplan & Grady**
**2071 M/ Spouthport Ave, Ste. 205**
**Chicago, IL 60614**

**CONFIDENTIAL ATTORNEY CLIENT PRIVILEGED DOCUMENT**