# EXHIBIT C

 Outlook

---

## Re: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

---

**From** Narine Mkrtchyan <narine56@msn.com>

**Date** Fri 1/16/2026 5:24 PM

**To** Gayane Muradyan <gmuradyan@pbbgbs.com>

**Cc** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>

📎 1 attachment (46 KB)

MWC - Final Pretrial Conference Order Template (1).docx;

Counsel, given your comments and misinformed perception about what constitutes a proper Pre-Trial Conference order, I cannot trust you with filings of the proposed pretrial conference order. See attached a sample from this Judge's Website that you should visit from time to time for edification how to properly file pre-trial documents in all respect. I will not assume how many times you have filed this document, and have assisted you in preparing all of these documents.

Plaintiff as the moving party has the obligation to lodge it with the Court and given your previous filings, missing exhibits, missing pages and declarations, I would not trust you or your firm with any filings.

I had requested you to provide your edits timely so that I can review and ensure proper filings of all joint documents, including the pre-trial conference order.

Thanks. Have a nice weekend.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:      (818) 388-7022
Web:     www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications

Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Friday, January 16, 2026 3:15 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel,

We will not be agreeing to the "STIPULATIONS" section. You saw that we deleted it, you simply added what we had deleted, so you can either propose modified language, or we will have to file this separately, due to the disagreement.

I still have not heard back from you about a confirmation  that there were no other changes made, but it appears that you were preoccupied with drafting an ex parte application.

Please advise as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 **Please consider the environment before printing this email**

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED

---

**From:** Gayane Muradyan
**Sent:** Friday, January 16, 2026 2:05 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>;

Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel,

1. You deleted the word "joint" on the first page. You are wrong. It has to be "Joint Proposed Pretrial Conference Order" – please refer to the Trial order if you have any issues with the proposed word "Joint."

2. Please confirm that other than the redlined edits, there were no other changes made either by you or your paralegal.

Please let me know as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 **Please consider the environment before printing this email**

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Monday, January 12, 2026 9:46 AM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel,

Plaintiff will file your proposed exhibit/witness lists with objections for late disclosures under Rule 26 and Rule 16, as the obligation was to provide final lists much sooner.
As to the other documents, none of them are agreeable with me at this point. You have had sufficient time on your hands as 4 attorneys working on this case to provide with workable joint docs. Instead, I have to do your work for you. I will work on jury instructions and propose copies per court's order.

The pre-trial conference order is a document well defined under the rules and Court's order. There are specific sections that need to be filled out. **You cannot change Plaintiff's position or statement, and all you can do is to provide with your position under a requisite section.** Nor you can remove sections, that are required under the Rule 16 regardless of your position.

Attached is the Plaintiff's further revised version based on your edits with highlights. Please, read the Court's order before you make any edits to Plaintiff's section as they will be rejected by me and will be filed accordingly.

If you wish to make any edits to your section, please, do so and send it to me as soon as possible for filing.

Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:    www.narinelaw.com


This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Friday, January 9, 2026 4:26 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

And here is the witness list with redlines.

Please let me know if this can be filed jointly, fill out your numbers for the time, as well.

Let  me know if this can be filed jointly. If not – please identify why it cannot. If you claim we deleted anyone from your list – identify who.

Thanks

 Outlook

---

**Re: Babakhanlou - Exhibit lsit**

---

**From** Narine Mkrtchyan <narine56@msn.com>

**Date** Thu 1/15/2026 5:00 PM

**To** Gayane Muradyan <gmuradyan@pbbgbs.com>

**Cc** Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>; Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Molly Boardman <mboardman@pbbgbs.com>

📎 2 attachments (685 KB)

Sent Items - Narine Mkrtchyan - Outlook.pdf; FINAL JOINT EXHIBIT LISTS 1-15.docx;

Counsel,

For starters, I have not received the rest of the joint documents for filing per request earlier. See attached email. I will not be soliciting your approval or signature last minute, as I will not be available to review them. If you are not joining in the rest of the documents, please, state in writing and I will file them without your signature. Court requires parties to file a Pre-trial conference order. I have sent you the final version three days ago and also finalized the Jury Instructions per your objections. There is no reason why you cannot timely review them for filing.

Second, I will not be interested in any meet and confers with you due to your personal accusations against me. You were requested as of December 1, if you would be producing county employees without subpoenas. You declined to respond and we issued subpoenas. Now, the LASD has been giving roundabout to process servers not accepting subpoenas and not providing them accurate locations of these witnesses. Some of them are defendants in this action who are obligated to appear at trial. Since you are not indicating any cooperation with respect to this issue, I will have to ask court's interference ASAP.

**I request current addresses for all the witnesses/defendants listed on Plaintiff's witness lists provided to us forthwith if you do not wish this issue raised with Court. I will file a motion for sanctions and will append the process server's declaration with all the efforts made.**

As to the exhibits, as referenced before, each party is responsible for their exhibit books and exhibits. Plaintiff has objected to your lists and will not be joining in indiscriminate admission of Plaintiff's medical records. See attached the Amended Joint Exhibit lists.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**

655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:    (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Thursday, January 15, 2026 4:36 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>; Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Molly Boardman <mboardman@pbbgbs.com>
**Subject:** RE: Babakhanlou - Exhibit lsit

Counsel –

As a follow-up to:

First, please send me the email or any records supporting your statement about "**LASD refusal to accept the trial subpoenas on various excuses.**"

Second, let's have a phone conversation about the subpoenas tomorrow. As part of our good faith – I can try and make myself available for a video-recorded zoom call sometime after 1pm *whenever it works best for you and your schedule.*

Please let me know if you have any interest in pursuing this because I would like to also go over the exhibits and the issue of the binders for the exhibits.

Let me know as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
GMuradyan@pbbgbs.com

Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 **Please consider the environment before printing this email**

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

---

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Wednesday, January 14, 2026 9:24 AM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>; Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Molly Boardman <mboardman@pbbgbs.com>
**Subject:** Re: Babakhanlou - Exhibit lsit

See attached JOINT EXHIBIT LISTS

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:      (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Tuesday, January 13, 2026 10:19 PM

**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>; Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Molly Boardman <mboardman@pbbgbs.com>
**Subject:** RE: Babakhanlou - Exhibit lsit

Please send us your most recent version with the objections that you claim you had previously asserted. I am not sure what this document you attached is, whether it is your exhibit list with objections to our most recent one, or something else?

Also, thank you for confirming that you used a "draft" when you filed our working draft without our authorization.

Once you send the requested version, we will add the objections you claim were not included on our most recent version.

Regards.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Tuesday, January 13, 2026 3:03 PM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>; Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>
**Subject:** Re: Babakhanlou - Exhibit lsit

Counsel,

As it has been made clear, Plaintiff has no obligation to prepare your exhibits or reinsert the same objections to multiple working drafts you have offered. This draft presented belatedly after Plaintiff already filed the last draft you had produced, does not include Plaintiff's previously inserted objections. Please, have your assistants append the objections Plaintiff previously appended for my further review and approval.

**Second, you have not responded to my email on the LASD refusal to accept the trial subpoenas on various excuses. Since you have not offered to produce witnesses for trial, a basic courtesy I would not have expected from your firm any way, you will need to designate one person from the LASD to accept subpoenas, because Plaintiff will seek sanctions against your clients' refusal to accept them or evading the process server. This is my last effort in raising this issue before I file the motion for Court's review.**

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Monday, January 12, 2026 5:31 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>; Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>
**Subject:** RE: Babakhanlou - Exhibit lsit

And as part of our good faith, please see the index of records/exhibits showing the source of the exhibits for your reference. We will be using this so wanted you to have it too considering the volume of some of the documents.

| EXHIBIT NO.: | PERTAINING TO: |
|---|---|
| 201-237 | Document 3 |
| 238-253 | Document 4 |
| 254 | Document 5 |
| 255-261 | Document 6 |
| 267-643 | Document 1 |
| 644-664 | Document 2 |
| 665-668 | Various |
| | 665- All For Health, Health For All |
| | 666- Neskovic Medical Records |
| | 667-Photo release from jail |
| | 668-Release from jail video |

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Gayane Muradyan
**Sent:** Monday, January 12, 2026 3:59 PM
**To:** 'Narine Mkrtchyan' <narine56@msn.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>; Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>
**Subject:** RE: Babakhanlou - Exhibit lsit

Counsel – my apologies, this is the final version. What I sent you in the last email was the wrong attachment.

Thanks

*Gayane Muradyan, Esq.*

**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Gayane Muradyan
**Sent:** Monday, January 12, 2026 3:44 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>; Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>
**Subject:** Babakhanlou - Exhibit lsit
**Importance:** High

Counsel – see attached the final draft. It includes only the documents that were exchanged as part of this case. I already explained the hold up. Let me know if you have any intention or interest in filing this jointly. You could have had more input and it could have been much better and much cleaner, but we received **zero** cooperation from you on a **joint** document.

Thanks and advise us as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED

 Outlook

---

**RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs**

---

**From** Gayane Muradyan <gmuradyan@pbbgbs.com>

**Date** Tue 1/13/2026 3:41 PM

**To** Narine Mkrtchyan <narine56@msn.com>

**Cc** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>

Counsel – you cannot and do not have the right to file anything jointly and use our signature, unless expressly allowed to do so.

We will review and let you know if you can file anything with our signature.

By the way, your objections to the proposed instructions **are late**. Those were due 4 days ago.

Thanks

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

---

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Tuesday, January 13, 2026 3:36 PM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz

<ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel,

Based on the below objections, Plaintiff's proposed Disputed and Joint Agreed Upon JI are attached. Also attached are the Plaintiff's objections to defendants' proposed JI.

I will be filing these documents along with other proposed joint documents, I have served on you, including the Pre-trial conference order served multiple times. If you have any further comments, or objections, you may raise them timely before Thursday before filing.

**If you are refusing to join in any of P proposed documents, or refusing to append your signature,  you need to express it in writing unequivocally for the record, instead of informing the Court you have done everything to cooperate in joint filings.**

Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:    (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Friday, January 9, 2026 7:14 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel, here are the objections to the proposed jury instructions. I am sending you those in this format, since your "final instructions" did not include a column for the objections.

No. 2 – Claims and Defenses
- Objection – Defendants proposed language is more neutral and accurate statement of claims.

No. 17 Stipulations of Fact
- Object – we will only stipulate to the following:
  - Defendants Deputy Frank Rodriguez #435980, Deputy Hernandez, Mark Benor, MD, Hector Nery, RN, Fredy Urias, RN, Graciela Placencia, LVN, Janelle Peralta, RN were acting under color of state law.  County of Los Angeles, Los Angeles County Sheriff's Department is a public entity. Plaintiff Edmond Babakhanlou was a convicted prisoner under custody and control of the Defendants County of Los Angeles, Los Angeles County Sheriff's Department from May 2, 2022 to October 1, 2023.

No. 21 Disputed Transcript of Recording in Foreign Language
- Objection. The only transcripts to be admitted have been translated by a certified reporter for purposes of deposition.

No. 22 Judicial Notice
- Objection. There are no materials sought to be judicially noticed.

No. 24 Chart and Summaries Not Received in Evidence
- Objection. There are no charts or summaries in this matter.

No. 31 Damages – Mitigation
- The instructions do not conform to the model instructions. The names are missing.

No. 32 Punitive Damages
- Object – no punitive damages can be awarded against a public entity. Defendant also seeks to bifurcate any award of punitive damages.

No. 33 Unusually Susceptible Plaintiff
- Objection to the extent it applies to any of plaintiff's federal claims.

No. 36 Plaintiff's Modified 9th Cir 9.2 Particular Rights – 8th Amendment. *Our section 9.27 is the standard one.
- Objection to plaintiff's additional inserted language.

No. 37-38 – Special Jury Instructions for ADA. *Our section 12.1-12.12 is the standard one.
- Objection. Inaccurate statement of law/burden of proof.

No 39 – Special Jury Instructions for Bane ACT. *Our section CACI No. 3066 is the standard one.
- Objection. Correct legal standard/instruction is articulated in CACI No. 3066.

No.40- Special Jury Instructions Party Having Power to Produce Better Evidence
- Objection. Improper attempt to shift legal burden of proof.

No.41 – Special Jury Instructions Willful Suppression of Evidence
- Objection. No evidence or legal basis to support such an instruction.

No.42 – Special Jury Instructions Failure to Explain or Deny Evidence
- Objection. Improper attempt to shift legal burden of proof.

No. 43 – Deposition Testimony as Substantive Evidence
- Objection. Correct instruction is Model Rule 2.4.

Regards.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax

GMuradyan@pbbgbs.com
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 **Please consider the environment before printing this email**

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

---

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Monday, January 5, 2026 11:52 AM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel,

Needless to say, witness and exhibit lists have to be exchanged 40 days before the Pre-trial conference date under Local Rule 16. To date, I have not received any of your witness lists and  your exhibit lists are deficient.

Here are the JI and exhibit lists with minor edits for your reference in word document.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than

the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Monday, January 5, 2026 10:24 AM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Hello Counsel,

I apologize, I probably missed the pdf'd combined list and jury instructions as you had also sent at least tree other pdf documents about unrelated cases.

As I *had to* explain and as the rules reflect, we are simply exchanging documents now, although we did not receive you JIs on the day they were due. We are not filing anything right now, so for educational purposes and for any other purposes, we do not appreciate your comments, regardless of *your* views.

We will renumber the exhibits to start from 201. As I told you, what we sent you was a working draft.

Please re-send your JI in Word format as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S). IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

---

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Sunday, January 4, 2026 11:29 AM

**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel, Plaintiff's proposed jury instructions were attached to my email yesterday morning. Please, review email attachments accurately before you send these kinds of accusatory emails. I do not believe, you have any right to complain when I initiated Rule 16 process as of November and have taken the lead in preparing the necessary documents, constantly facing this kind of hostile commentary. I sent them to you in pdf format as I do not expect you to join in Plaintiff's lists given the communications thus far. You may simply send me your objections in a separate pleading as required by Court.

Attached are Plaintiff's objections to your exhibit lists and jury instructions. I do not stipulate to either of these lists as they do not accurately reflect the federal law and facts pertaining to this case. Please, review Plaintiff's instructions for educational purposes as to the law that pertains to Plaintiff's federal claims. Therefore, you may not append my signature and if you decide to file them as *defendants' proposed lists*, you are obligated to include Plaintiff's objections, regardless of your views.

Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:      (818) 388-7022
Web:     www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.
The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Saturday, January 3, 2026 7:12 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel,

Rather than sending us long paragraphs alleging we are sabotaging the trial preparation, why don't you simply comply with the rules and send us the proposed jury instructions which were due yesterday. The jury instructions were supposed to be **exchanged**, <u>not filed yesterday</u>. Yet we have not received yours.

• Thirty-five (35) days before the FPTC: The parties shall exchange proposed general and special jury instructions. – Friday 1/2/26

Your long emails educating us and suggesting to conduct orientations are really not welcome, especially since you are the one violating the rules. So with all due respect, you are not in a position to claim all the things you keep repeating in your emails.

Please send us your jury instructions as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**[GMuradyan@pbbgbs.com](mailto:GMuradyan@pbbgbs.com)**
Website: [https://pbbgbs.com/](https://pbbgbs.com/)

[Defense of Medical, Professional, Legal, and Business Litigation](#)

 **Please consider the environment before printing this email**

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Narine Mkrtchyan <[narine56@msn.com](mailto:narine56@msn.com)>
**Sent:** Saturday, January 3, 2026 7:46 AM
**To:** Gayane Muradyan <[gmuradyan@pbbgbs.com](mailto:gmuradyan@pbbgbs.com)>
**Cc:** Gil Burkwitz <[GBurkwitz@pbbgbs.com](mailto:GBurkwitz@pbbgbs.com)>; Noel Pettway <[npettway@pbbgbs.com](mailto:npettway@pbbgbs.com)>; Avi Burkwitz <[ABurkwitz@pbbgbs.com](mailto:ABurkwitz@pbbgbs.com)>; Lynda Kerekesh <[LKerekesh@pbbgbs.com](mailto:LKerekesh@pbbgbs.com)>; Lucie Galstyan <[Lgalstyan@pbbgbs.com](mailto:Lgalstyan@pbbgbs.com)>; Maribel De Arcos <[mdearcos@pbbgbs.com](mailto:mdearcos@pbbgbs.com)>; Cynthia Collazo <[ccollazo@pbbgbs.com](mailto:ccollazo@pbbgbs.com)>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel,

According to Court's scheduling order governing the pre-trial documents, DOC. 141, the first round of trial filings is due on January 12, 2026. According to Court's Trial orders on judge's website, the first round includes:

-- Motions in Limine

o Memoranda of Contentions of Fact and Law
o Witness list
o Joint Exhibit list
o Joint Status Report Regarding Settlement

I have not received a compliant joint exhibit list from you to insert any objections. You have refused to edit Plaintiff's proposed joint exhibit list, **per Court's order, which is not optional, but is required**! Court will strike both parties' separate pleadings for exhibit lists and will order us to redo it. I understand your goal is to delay trial and take it off calendar. However, because I have sent you the compliant draft, I will ask the Court to impose sanctions against you and your clients. As Plaintiff goes first at a trial, his exhibits are admitted first and hence the lists have to start from Plaintiff's and then sequentially continue with defendants' exhibits. If you and your firm are not familiar how exhibit lists are compiled in federal courts, please, see attached samples. The same holds for witness lists. You have yet to add your witnesses to Plaintiff's list and propose time for cross-examination. These documents are the first to be filed on **January 12.** Plaintiff will object to any belated filed witness lists by defendants, when I have yet to see your lists. Under Rule 16 witnesses are exchanged before the lists are filed. You are obligated to produce me your lists for Plaintiff to file timely objections. You have received compliant witness lists as of December 16. See attached sample from other cases. I have not received your witness lists as of yet despite the fact they were due to be exchanged long before. I will move to strike any witness lists that are not exchanged with Plaintiff.

As it pertains to Jury instructions and other documents, they are not due until the second round of trial filings January 19.

Oppositions to Motions in Limine
Joint Proposed FPTCO
Joint Agreed Upon Proposed Jury Instructions (jury trial only)
Disputed Proposed Jury Instructions (jury trial only)
Joint Proposed Verdict Forms (jury trial only)
Joint Proposed Statement of the Case (jury trial only)
Proposed Voir Dire Questions, if any (jury trial only)

Plaintiff's Jury Instructions and proposed Pre-trial conference order are attached, as they are ready for review. Given this lack of cooperation, I do not anticipate us to have any joint jury instructions. You can prove me wrong and stipulate to some of Plaintiff's jury instructions as Court still requires JOINT AGREED UPON Jury instructions.

**However, the first order of business is the exhibit/witness lists and it is incumbent upon you and your multiple attorneys to comply with Court's orders, regardless of your harassing tactics against Plaintiff and effort to take trial off calendar. This trial was definitely not on your calendar, despite the fact you asked for this schedule back in May in an ex parte application.**

I expect your compliant exhibit/witness lists forwarded to me for review and editing by Monday, as you have had sufficient time to work on them since December 16, 2025, despite the holidays.

I also expect you to edit the Proposed Pre-trial conference order and review and provide your objections to Plaintiff's Jury instructions. I will provide Plaintiff's objections to your lists in time for filing.
I will be lodging the Pre-trial conference order after you provide with your edits.

Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Friday, January 2, 2026 11:27 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel –

Please see attached Defendant's proposed jury instructions and the list of proposed jury instructions. These are supposed to be exchanged today. Please provide status of yours, as we have not received anything.

Thanks.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR**

ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED

 Outlook

---

## Re: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

---

**From** Narine Mkrtchyan <narine56@msn.com>

**Date** Wed 1/7/2026 6:13 PM

**To** Gayane Muradyan <gmuradyan@pbbgbs.com>

**Cc** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>

📎 3 attachments (134 KB)
Status report settlement.docx; PI Statement of the Case.docx; PI proposed Verdict forms.docx;

Counsel.,

==In compliance with Court's trial scheduling order, attached are Plaintiff's Status Report on Settlement, Plaintiff's Statement of the Case, Plaintiff's proposed Verdict Forms.==
If you wish to join in these documents, you may do so before Monday, January 12.
Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:   [www.narinelaw.com](www.narinelaw.com)

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.
The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Tuesday, January 6, 2026 10:55 PM
**To:** Narine Mkrtchyan <narine56@msn.com>

**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Hello Counsel,

Following up again as I have not heard from you. Please let me know if you are willing to meet and confer about the witness list and the exhibit list. We can discuss how to organize the voluminous records so we have a joint list ready for filing by the deadline.

We can work around your schedule to set a time that works for you.

Thanks.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Gayane Muradyan
**Sent:** Tuesday, January 6, 2026 11:28 AM
**To:** 'Narine Mkrtchyan' <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel –

I wanted to follow up and see if you would like to have a conversation about this witness list(s) later this afternoon?

Thanks and please let me know.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
GMuradyan@pbbgbs.com
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Gayane Muradyan
**Sent:** Monday, January 5, 2026 11:59 PM
**To:** 'Narine Mkrtchyan' <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel,

Here is our working draft of the witness list. It is not in a "joint" format, but since yours isn't either, I just wanted to send it to you so you have an idea of what it looks like. Obviously, there is some overlap in terms of the same witnesses, so we can clean this up tomorrow.

*But as promised*, this is the draft subject to changes. We can work out the details tomorrow.

You can call me or I can call you and we can work this out, so it is a joint document and then if there are any edits or additions, we will both work on the same document.

Think this looks like a plan. But please let me know once you look at the list.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
GMuradyan@pbbgbs.com

Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Gayane Muradyan
**Sent:** Monday, January 5, 2026 5:43 PM
**To:** 'Narine Mkrtchyan' <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel –

We *can* have a joint list. All we need to do is to cut and paste ours to your document. The reason we do disagree with your structure of exhibits is because we cannot have one exhibit that is 8,000 pages long. I thought that this was self-explanatory, but, as I mentioned to you before a few times already, that is not going to work.

You will have our witness list by the end of the day, as I mentioned before.

Thanks.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE**

FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Monday, January 5, 2026 5:38 PM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel,

I really do not believe, you have read Rule 16 and this Court's order re preparation and exchange of exhibit/witness lists. It is not optional for you to provide your exhibit/witness lists to Plaintiff. Thus, your email is mysterious as to whether I want to see your lists or not. These lists are long overdue and should already been produced by now for my review and editing in time before first round of trial filings. Second, this exhibit list does not include Plaintiff's objections served yesterday in your first 'working draft' and is not compliant yet again because they were supposed to have been appended to Plaintiff's exhibit lists that have been served on you as early as on **December 16, 2025.**

What explanation do you have for refusing to add your exhibits to Plaintiff's exhibit lists in compliance with Court's order? This is a joint pleading document, not separate.

What explanation do you have for failure to provide your witness lists to date?

I will be asking the Court to strike all your lists as not timely produced to Plaintiff for review and editing. Instead you are accusing me of not providing you with jury instructions timely when they are not even due until January 19 and you are not prejudiced by Plaintiff's 'alleged' delay, when all your instructions do not even apply to this federal case filed in federal court.

I will not entertain any more emails on this subject.
Please, read Plaintiff's previous emails and follow Court's orders.

Thanks for cooperation.


Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Monday, January 5, 2026 5:09 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel – here is our working draft with the renumbered exhibits.

Just wanted to share this with you. We will be continuing with the exhibits. Since both sides are most likely going to use medical records, we can split the work, but please let me know if you are willing to engage in preparation of the trial exhibit list so it is joint.

If you do not wish to receive further versions of this exhibit list with more exhibits which we are adding as we continue working on this list, please let us know.

Thank you.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 **Please consider the environment before printing this email**

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY**

**NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

---

**From:** Gayane Muradyan
**Sent:** Monday, January 5, 2026 11:59 AM
**To:** 'Narine Mkrtchyan' <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Thanks for sending this over.

We *are* aware of the deadlines, that is why we wondered about the status of the jury instructions as you did not comply with the rules and failed to exchange it on the day those were due. But we are glad that you eventually sent those and we will review and let you know our thoughts.

We will send you the witness list shortly. We can send you the exhibit list and as you know there are a lot of exhibits, some of which (Plaintiff's medical records for instance) will potentially be used by both sides. So please let us know if you are willing to participate in compiling an exhibit list that does not have exhibits that are 8,000 pages long.

Have a great day.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S). IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

---

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Monday, January 5, 2026 11:52 AM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz

<ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Counsel,

Needless to say, witness and exhibit lists have to be exchanged 40 days before the Pre-trial conference date under Local Rule 16. To date, I have not received any of your witness lists and  your exhibit lists are deficient.

Here are the JI and exhibit lists with minor edits for your reference in word document.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:     www.narinelaw.com


This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.
The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Monday, January 5, 2026 10:24 AM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al. - JIs

Hello Counsel,

I apologize, I probably missed the pdf'd combined list and jury instructions as you had also sent at least tree other pdf documents about unrelated cases.

As I *had* *to* explain and as the rules reflect, we are simply exchanging documents now, although we did not receive you JIs on the day they were due. We are not filing anything right now, so for educational purposes and for any other purposes, we do not appreciate your comments, regardless of *your* views.

We will renumber the exhibits to start from 201. As I told you, what we sent you was a working draft.

Please re-send your JI in Word format as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Sunday, January 4, 2026 11:29 AM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel, Plaintiff's proposed jury instructions were attached to my email yesterday morning. Please, review email attachments accurately before you send these kinds of accusatory emails. I do not believe, you have any right to complain when I initiated Rule 16 process as of November and have taken the lead in preparing the necessary documents, constantly facing this kind of hostile commentary. I sent them to you in pdf format as I do not expect you to join in Plaintiff's lists given the communications thus far. You may simply send me your objections in a separate pleading as required by Court.

Attached are Plaintiff's objections to your exhibit lists and jury instructions. I do not stipulate to either of these lists as they do not accurately reflect the federal law and facts pertaining to this case. Please, review Plaintiff's instructions for educational purposes as to the law that pertains to Plaintiff's federal claims. Therefore, you may not append my signature and if you decide to file them as *defendants' proposed lists*, you are obligated to include Plaintiff's objections, regardless of your views.

Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:     www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Saturday, January 3, 2026 7:12 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel,

Rather than sending us long paragraphs alleging we are sabotaging the trial preparation, why don't you simply comply with the rules and send us the proposed jury instructions which were due yesterday. The jury instructions were supposed to be **exchanged**, not filed yesterday. Yet we have not received yours.

• Thirty-five (35) days before the FPTC: The parties shall exchange proposed general and special jury instructions. – Friday 1/2/26

Your long emails educating us and suggesting to conduct orientations are really not welcome, especially since you are the one violating the rules. So with all due respect, you are not in a position to claim all the things you keep repeating in your emails.

Please send us your jury instructions as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/


Defense of Medical, Professional, Legal, and Business Litigation

Please consider the environment before printing this email

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Saturday, January 3, 2026 7:46 AM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel,

According to Court's scheduling order governing the pre-trial documents, DOC. 141, the first round of trial filings is due on January 12, 2026. According to Court's Trial orders on judge's website, the first round includes:

-- Motions in Limine
o   Memoranda of Contentions of Fact and Law
o   Witness list
o   Joint Exhibit list
o   Joint Status Report Regarding Settlement

I have not received a compliant joint exhibit list from you to insert any objections. You have refused to edit Plaintiff's proposed joint exhibit list, **per Court's order, which is not optional, but is required**! Court will strike both parties' separate pleadings for exhibit lists and will order us to redo it. I understand your goal is to delay trial and take it off calendar. However, because I have sent you the compliant draft, I will ask the Court to impose sanctions against you and your clients. As Plaintiff goes first at a trial, his exhibits are admitted first and hence the lists have to start from Plaintiff's and then sequentially continue with defendants' exhibits. If you and your firm are not familiar how exhibit lists are compiled in federal courts, please, see attached samples. The same holds for witness lists. You have yet to add your witnesses to Plaintiff's list and propose time for cross-examination. These documents are the first to be filed on **January 12.** Plaintiff will object to any belated filed witness lists by defendants, when I have yet to see your lists. Under Rule 16 witnesses are exchanged before the lists are filed. You are obligated to produce me your lists for Plaintiff to file timely objections. You have received compliant witness lists as of December 16. See attached sample from other cases. I have not received your witness lists as of yet despite the fact they were due to be exchanged long before. I will move to strike any witness lists that are not exchanged with Plaintiff.

As it pertains to Jury instructions and other documents, they are not due until the second round of trial filings January 19.

Oppositions to Motions in Limine
Joint Proposed FPTCO
Joint Agreed Upon Proposed Jury Instructions (jury trial only)
Disputed Proposed Jury Instructions (jury trial only)
Joint Proposed Verdict Forms (jury trial only)
Joint Proposed Statement of the Case (jury trial only)
Proposed Voir Dire Questions, if any (jury trial only)

Plaintiff's Jury Instructions and proposed Pre-trial conference order are attached, as they are ready for review. Given this lack of cooperation, I do not anticipate us to have any joint jury instructions. You can prove me wrong and stipulate to some of Plaintiff's jury instructions as Court still requires JOINT AGREED UPON Jury instructions.

**However, the first order of business is the exhibit/witness lists and it is incumbent upon you and your multiple attorneys to comply with Court's orders, regardless of your harassing tactics against Plaintiff and effort to take trial off calendar. This trial was definitely not on your calendar, despite the fact you asked for this schedule back in May in an ex parte application.**

I expect your compliant exhibit/witness lists forwarded to me for review and editing by Monday, as you have had sufficient time to work on them since December 16, 2025, despite the holidays.

I also expect you to edit the Proposed Pre-trial conference order and review and provide your objections to Plaintiff's Jury instructions. I will provide Plaintiff's objections to your lists in time for filing.
I will be lodging the Pre-trial conference order after you provide with your edits.

Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:     (818) 388-7022
Web:   www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.
The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Friday, January 2, 2026 11:27 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel –

Please see attached Defendant's proposed jury instructions and the list of proposed jury instructions. These are supposed to be exchanged today. Please provide status of yours, as we have not received anything.

Thanks.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 **Please consider the environment before printing this email**

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

Outlook

---

**Re: Babakhanlou, Edmond v. Los Angeles County, et al.**

---

**From** Narine Mkrtchyan <narine56@msn.com>

**Date** Sun 1/4/2026 11:28 AM

**To** Gayane Muradyan <gmuradyan@pbbgbs.com>

**Cc** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>

📎 2 attachments (149 KB)

t-Jt trial exhibits.docx; Proposed JI list by defense with objections.docx;

Counsel, Plaintiff's proposed jury instructions were attached to my email yesterday morning. Please, review email attachments accurately before you send these kinds of accusatory emails. I do not believe, you have any right to complain when I initiated Rule 16 process as of November and have taken the lead in preparing the necessary documents, constantly facing this kind of hostile commentary. I sent them to you in pdf format as I do not expect you to join in Plaintiff's lists given the communications thus far. You may simply send me your objections in a separate pleading as required by Court.

Attached are Plaintiff's objections to your exhibit lists and jury instructions. I do not stipulate to either of these lists as they do not accurately reflect the federal law and facts pertaining to this case. Please, review Plaintiff's instructions for educational purposes as to the law that pertains to Plaintiff's federal claims. Therefore, you may not append my signature and if you decide to file them as *defendants' proposed lists*, you are obligated to include Plaintiff's objections, regardless of your views.

Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:    (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.

The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this

communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

---

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Saturday, January 3, 2026 7:12 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** RE: Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel,

Rather than sending us long paragraphs alleging we are sabotaging the trial preparation, why don't you simply comply with the rules and send us the proposed jury instructions which were due yesterday. The jury instructions were supposed to be **exchanged**, <u>not filed yesterday</u>. Yet we have not received yours.

• Thirty-five (35) days before the FPTC: The parties shall exchange proposed general and special jury instructions. – Friday 1/2/26

Your long emails educating us and suggesting to conduct orientations are really not welcome, especially since you are the one violating the rules. So with all due respect, you are not in a position to claim all the things you keep repeating in your emails.

Please send us your jury instructions as soon as possible.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 **Please consider the environment before printing this email**

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**

**From:** Narine Mkrtchyan <narine56@msn.com>
**Sent:** Saturday, January 3, 2026 7:46 AM
**To:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Re: Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel,

According to Court's scheduling order governing the pre-trial documents, DOC. 141, the first round of trial filings is due on January 12, 2026. According to Court's Trial orders on judge's website, the first round includes:

-- Motions in Limine
o   Memoranda of Contentions of Fact and Law
o   Witness list
o   Joint Exhibit list
o   Joint Status Report Regarding Settlement

I have not received a compliant joint exhibit list from you to insert any objections. You have refused to edit Plaintiff's proposed joint exhibit list, **per Court's order, which is not optional, but is required**! Court will strike both parties' separate pleadings for exhibit lists and will order us to redo it. I understand your goal is to delay trial and take it off calendar. However, because I have sent you the compliant draft, I will ask the Court to impose sanctions against you and your clients. As Plaintiff goes first at a trial, his exhibits are admitted first and hence the lists have to start from Plaintiff's and then sequentially continue with defendants' exhibits. If you and your firm are not familiar how exhibit lists are compiled in federal courts, please, see attached samples. The same holds for witness lists. You have yet to add your witnesses to Plaintiff's list and propose time for cross-examination. These documents are the first to be filed on **January 12.** Plaintiff will object to any belated filed witness lists by defendants, when I have yet to see your lists. Under Rule 16 witnesses are exchanged before the lists are filed. You are obligated to produce me your lists for Plaintiff to file timely objections. You have received compliant witness lists as of December 16. See attached sample from other cases. I have not received your witness lists as of yet despite the fact they were due to be exchanged long before. I will move to strike any witness lists that are not exchanged with Plaintiff.

As it pertains to Jury instructions and other documents, they are not due until the second round of trial filings January 19.

Oppositions to Motions in Limine
Joint Proposed FPTCO
Joint Agreed Upon Proposed Jury Instructions (jury trial only)
Disputed Proposed Jury Instructions (jury trial only)
Joint Proposed Verdict Forms (jury trial only)
Joint Proposed Statement of the Case (jury trial only)
Proposed Voir Dire Questions, if any (jury trial only)

Plaintiff's Jury Instructions and proposed Pre-trial conference order are attached, as they are ready for review. Given this lack of cooperation, I do not anticipate us to have any joint jury instructions. You can prove me wrong and stipulate to some of Plaintiff's jury instructions as Court still requires JOINT AGREED UPON Jury instructions.

**However, the first order of business is the exhibit/witness lists and it is incumbent upon you and your multiple attorneys to comply with Court's orders, regardless of your harassing tactics against Plaintiff and effort to take trial off calendar. This trial was definitely not on your calendar, despite the fact you asked for this schedule back in May in an ex parte application.**

I expect your compliant exhibit/witness lists forwarded to me for review and editing by Monday, as you have had sufficient time to work on them since December 16, 2025, despite the holidays.

I also expect you to edit the Proposed Pre-trial conference order and review and provide your objections to Plaintiff's Jury instructions. I will provide Plaintiff's objections to your lists in time for filing.
I will be lodging the Pre-trial conference order after you provide with your edits.

Thanks.

Narine Mkrtchyan
Attorney at Law
**MKRTCHYAN LAW**
655 N. Central Ave, Suite 1700
Glendale, CA 91203
Tel:    (818) 388-7022
Web:    www.narinelaw.com

This is a communication between an attorney's office & client, & is protected by the attorney client privilege &/or is the result of research performed at the request of an attorney & is protected by the attorney work product privilege. Sending an e-mail to an attorney will not establish an attorney/client relationship. Such a relationship is not typically established until an attorney knows that so doing will not create a conflict of interest and mutual agreement is reached on the terms of representation.
The information contained in this email is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. This e-mail and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, are confidential, privileged and not to be read or disclosed to anyone other than the intended recipient. If you are not the intended recipient or an agent responsible to deliver it to the intended recipient, disclosure, dissemination, copying or other use of the contents of this e-mail is prohibited.

**From:** Gayane Muradyan <gmuradyan@pbbgbs.com>
**Sent:** Friday, January 2, 2026 11:27 PM
**To:** Narine Mkrtchyan <narine56@msn.com>
**Cc:** Gil Burkwitz <GBurkwitz@pbbgbs.com>; Noel Pettway <npettway@pbbgbs.com>; Avi Burkwitz <ABurkwitz@pbbgbs.com>; Lynda Kerekesh <LKerekesh@pbbgbs.com>; Lucie Galstyan <Lgalstyan@pbbgbs.com>; Maribel De Arcos <mdearcos@pbbgbs.com>; Cynthia Collazo <ccollazo@pbbgbs.com>
**Subject:** Babakhanlou, Edmond v. Los Angeles County, et al.

Counsel –

Please see attached Defendant's proposed jury instructions and the list of proposed jury instructions. These are supposed to be exchanged today. Please provide status of yours, as we have not received anything.

Thanks.

*Gayane Muradyan, Esq.*
**Peterson · Bradford · Burkwitz · Gregorio · Burkwitz · Su**
100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
**GMuradyan@pbbgbs.com**
Website: https://pbbgbs.com/

Defense of Medical, Professional, Legal, and Business Litigation

 **Please consider the environment before printing this email**

**E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED**