# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EDMOND BABAKHANLOU,

      Plaintiff,

vs.

LOS ANGELES COUNTY *et al.*,

      Defendants.

Case No. 2:23-CV-08682-MWC-JPRx

**JUDGMENT  (DKTS.  305,  321,  322)**

**JS-6**

In light of the jury's verdict, *see* Dkt. # 305, the Court **ORDERS** as follows:

1. That final judgment be entered against Defendants Los Angeles County and Los Angeles County Sheriff's Department in favor of Plaintiff Edmond Babakhanlou pursuant to Federal Rule of Civil Procedure 54;

2. That Defendants Frank Rodriguez, Deputy Hernandez, Mark Benor, Graciela Placencia, Janelle Peralta, Fredy Urias, and Hector Nery be **DISMISSED WITH PREJUDICE** from the action;

3. That Defendants Los Angeles County and Los Angeles County Sheriff's Department pay Plaintiff Edmond Babakhanlou damages pursuant to the jury's verdict, in addition to pre-judgment and post-judgment interest;

4. That Plaintiff Edmond Babakhanlou recover attorneys' fees and costs of his suit.

**IT IS SO ORDERED.**

DATED: May 21, 2026

_____
Hon. Michelle Williams Court
United States District Judge